IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REED GINN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> E-VERIFILE.COM, INC, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | CIVIL ACTION NO: 1:17-cv-03347-LMM-RGV <br><br> JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Reed Ginn and Defendant E-Verifile.com, Inc., by their attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that Plaintiff's claims against Defendant are dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 13, 2018

*/s/ Jeffrey B. Sand*
Jeffrey B. Sand
Georgia Bar No. 181548
js@atlantaemployeelawyer.com
THE WEINER LAW FIRM LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, GA 30305
Tel: (404) 205-5029
Fax: (866) 800-1482

*/s/ Henry Perlowski*
Henry Perlowski, Esq.
Georgia Bar No. 572393
Henry.perlowski@agg.com
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500 (Tel.)
(404) 873-8501 (Fax)

*Attorneys for Defendant*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **REED GINN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO: 1:17-cv-03347-LMM-RGV** |
| v. | ) | |
| | ) | |
| **E-VERIFILE.COM, INC,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that on February 13, 2018, I electronically filed the foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record:

By: *s/ Jeffrey B. Sand*
Counsel for Plaintiff
